IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| VOESTALPINE HIGH PERFORMANCE METALS CORP. AND EDRO SPECIALTY STEELS, INC., <br>      *Plaintiffs,* <br><br> v. <br><br> UNITED STATES, <br>      *Defendant.* | Court No. 21-00093 |

## RESPONSE IN PARTIAL OPPOSITION TO DEFENDANT'S PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER AND THE ADMINISTRATIVE RECORD

Pursuant to Rules 6, 12, and 73.3 of the Rules of the Court, on April 9, 2021, Defendant, the United States, submitted a partial consent motion for a 149-day extension of time to file the administrative record and an answer to plaintiffs' complaint. Defendant's Partial Consent Motion For An Extension of Time To File An Answer And The Administrative Record (Apr. 9, 2021), ECF No. 21 ("Def. Mot."). As noted in Defendant's motion, counsel for Plaintiffs, Matthew M. Nolan, indicated via email that the Plaintiffs consent to an extension of time of 90 days. Def. Mot. at 2.

1

In its motion, the Defendant states that the lengthy extension is justified due to its "current resources and obligations to meet concurrent court obligations." *Id.* Though we agree that a brief extension is necessary, it is Plaintiffs' understanding that the Defendant has recently assigned additional counsel to support the document review process in cases challenging the Section 232 exclusion process. As such, Plaintiffs expect that the process of preparing and filing the administrative record will become more efficient within 90 days.

Moreover, as the Defendant notes, the instant case is similar to at least four other cases pending before this Court: *Allegheny Technologies, Inc., et al. v. United States* (No. 20-03923); *AM/NS Calvert LLC v. United States* (No. 21-00005); *California Steel Industries, Inc. v. United States* (No. 21-00015); and *Valbruna Slater Stainless, Inc. v. United States* (21-00027). Given the common issues and the extensions granted in those proceedings, which range from 71 to 109 days, we believe that an initial 90-day, rather than 149-day, extension is appropriate in this case.

For these reasons, we respectfully request that the Court grant Defendant's consent motion for a 90-day extension of time, changing the current deadline to file the administrative record and to respond to the complaint in this action from May 4, 2021 to August 2, 2021. As Plaintiffs' counsel conveyed to Defendant's counsel during consultations on the request for extension, as the initial 90-day extension deadline approaches, the Defendant can request an additional time, if necessary, and explain at that time why more time is needed even though additional counsel were assigned to the document review process.

                                                Respectfully submitted,

                                                **/s/ Matthew M. Nolan**
                                                Matthew M. Nolan
                                                Nancy A. Noonan
                                                Leah N. Scarpelli
                                                Jessica R. DiPietro

Dated: April 15, 2021              ARENT FOX LLP
                                                1717 K Street, NW
                                                Washington, D.C. 20006

                                                *Counsel to voestalpine High*
                                                *Performance Metals Corp. and Edro*
                                                *Specialty Steels, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's Standard Chamber Procedure 2(b)(1) and Document Formatting in Cases Assigned to Judge Baker (rev. Feb. 25, 2021), the undersigned certifies that Response In Partial Opposition To Defendant's Partial Consent Motion For An Extension Of Time To File An Answer And The Administrative Record filed on April 15, 2021 complies with the requested font (Century Schoolbook) in 14 point and the word limitation requirement of 14,000 words. The word count for Plaintiffs' Response, as computed by Arent Fox LLP's word processing system is 364 words.

**/s/ Matthew M. Nolan**
Matthew M. Nolan

*Counsel to voestalpine High Performance Metals Corp. and Edro Specialty Steels, Inc.*