IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| VOESTALPINE HIGH PERFORMANCE METALS CORP. *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Court No. 21-00093 |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) |

## **ORDER**

On consideration of the motions to intervene filed by Ellwood City Forge and Ellwood Specialty Steel (Ellwood), Crucible Industries (Crucible), and Electralloy/G.O. Carlson (Electralloy), defendant's response, and all other pertinent papers, it is hereby

ORDERED that the motion is _____.

Dated: _____                                                           _____
     New York, NY                                                                       JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| VOESTALPINE HIGH PERFORMANCE METALS CORP. *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 21-00093 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S RESPONSE TO MOTIONS TO INTERVENE</u>**

Pursuant to Rules 7 and 24 of the Rules of this Court, as well as the Court's order of March 31, 2021, defendant, the United States, respectfully submits this response to the motions to intervene filed by Ellwood City Forge and Ellwood Specialty Steel (Ellwood), Crucible Industries (Crucible), and Electralloy/G.O. Carlson (Electralloy) (collectively, the Proposed Defendant-Intervenors).  Consistent with the responses we filed to the motions to intervene in Case Nos. 21-00005 and 21-00015, defendant defers to the Court regarding whether intervention is permissible or appropriate in this case, following the Court's decision in *PrimeSource Bldg. Prods., Inc. v. United States*, Slip Op. 21-6, 2021 WL 197090 (Ct. Int'l Trade Jan. 20, 2021).

2

                Respectfully submitted,

                BRIAN M. BOYNTON
                Acting Assistant Attorney General

                JEANNE E. DAVIDSON
                Director

                /s/ Tara K. Hogan
                TARA K. HOGAN
                Assistant Director

| OF COUNSEL: | /s/ Ann C. Motto |
|---|---|
| ANTHONY D. SALER | ANN C. MOTTO |
| KIMBERLY HSU | Trial Attorney |
| Department of Commerce | U.S. Department of Justice |
| Office of Chief Counsel | Civil Division |
| for Industry & Security | Commercial Litigation Branch |
| U.S. Department of Commerce | P.O. Box 480, |
|  | Ben Franklin Station, |
|  | Washington, D.C.  20044 |
|  | Tel: (202) 353-7968 |
|  | Email: Ann.C.Motto@usdoj.gov |
| April 16, 2021 | Attorneys for Defendant |