FORM 3: Notice of Appeal from the United States Court of International Trade

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| Voestalpine High Performance Metals Corp. and Edro Specialty Steels Inc., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| United States, | ) ) | Court No. 21-00093 |
| *Defendant,* | ) ) | |
| and | ) ) | |
| Electralloy/G.O. Carlson, | ) ) | |
| Ellwood City Forge and Ellwood Specialty Steel, | ) ) ) | |
| Crucible Industries, | ) ) | |
| *Proposed Defendant-Intervenors.* | ) ) ) | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the following proposed intervenors in the above-named action, Electralloy/G.O. Carlson ("Electralloy"), Ellwood City Forge and Ellwood Specialty Steel, and Crucible Industries, hereby appeal to the United States Court of Appeals for the Federal Circuit the order denying their Motions to Intervene in the above-named action, entered

on May 25, 2021.

Respectfully submitted,

/s/ John R. Magnus

John R. Magnus
TradeWins LLC
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: 202-744-0368
Email: jmagnus@tradewinsllc.net

Date:   July 23, 2021