## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VOESTALPINE HIGH PERFOR-MANCE METALS CORP., *et ano.*, *Plaintiffs*, v. UNITED STATES, *Defendant*. | Ct. No. 21-00093<br><br>Before: M. Miller Baker, Judge |

## ORDER

The government moves for a voluntary remand (ECF 42). The court recently referred six other cases presenting similar issues as this matter, including motions for voluntary remand, to court-annexed mediation before Judge Leo M. Gordon.[1] Accordingly, it is hereby **ORDERED** as follows:

1. The time for Plaintiffs to respond to the government's motion for voluntary remand is stayed until further order of the court.

2. Within seven days of this order, the parties shall file statements stating their views on whether this case should also be referred to court-annexed mediation.

Dated:   October 1, 2021       /s/ *M. Miller Baker*
         New York, New York    M. Miller Baker, Judge

---

[1] *See, e.g., North American Interpipe, Inc. v. United States*, Ct. No. 20-3825, ECF 64.