## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VOESTALPINE HIGH PERFOR-MANCE METALS CORP., *et ano.*, <br>    *Plaintiffs*, <br>v. <br>UNITED STATES, <br>    *Defendant*. | Ct. No. 21-00093 <br><br> Before: M. Miller Baker, Judge |

### ORDER CONTINUING MEDIATION REFERRAL

Consistent with the court's prior order referring this matter to mediation before Judge Leo M. Gordon under USCIT R. 16.1, it is hereby **ORDERED** that the period for the parties to conclude the mediation process is extended until February 15, 2022; it is further **ORDERED** that the current stay of proceedings will remain in effect until the mediation process is concluded; and it is further **ORDERED** that all other provisions of the prior order referring this matter to mediation remain in effect without modification.

Dated:    December 20, 2021           /s/ *M. Miller Baker*
          New York, New York          M. Miller Baker, Judge