Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM   M-2

| |
|---|
| VOESTALPINE HIGH PERFORMANCE METALS CORP., ET AL, <br>       Plaintiff, <br><br>  v. <br> UNITED STATES, <br><br>       Defendant. |

**Court No.:** 21-00093

**REPORT OF MEDIATION**

That pursuant to the Order of Referral dated  10/14/2021  in this case, I served as Judge Mediator for the mediation process between the parties in this case. The process was concluded on  2/8/2022 ;

 ✓  The mediation resulted in a settlement of all issues;

 ___  The mediation resulted in a partial settlement;

 ___  The mediation did not result in a settlement;

           /s/ Leo M. Gordon
           (Name)
           Judge Mediator

DATED: February 8, 2022
     New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)