IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| VOESTALPINE HIGH PERFORMANCE METALS CORP. *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 21-00093 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

# STIPULATED JUDGMENT

This action is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. Plaintiffs, voestalpine High Performance Metals, Inc. and Edro Specialty Steels, Inc., now doing business as voestalpine High Performance Metals LLC and Edro Specialty Steels, LLC, (collectively, voestalpine), are United States importers of high alloy specialty steel.

2. voestalpine imported into the United States steel articles that were subject to a tariff of 25 percent pursuant to presidential action under Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862, in Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States, 83 Fed. Reg. 11,625 (Mar. 15, 2018).

3. Pursuant to the exclusion process directed by the President in *Proclamation 9705*, voestalpine submitted to the Department of Commerce (Commerce) certain requests for exclusions from the section 232 duties of imports of high alloy specialty steel.

4. Between March 20, 2019, and October 24, 2020, Commerce denied 502 exclusion requests, which are identified in Exhibit 1 to the original complaint filed in this action, ECF Docket No. 2.

5. voestalpine filed this suit challenging the denials.

6. Without admitting liability or otherwise, the parties have agreed to settle all of voestalpine's claims regarding the imported merchandise subject to the exclusion requests at issue in this action, including any claims that voestalpine could have brought against the United States under any jurisdictional provision of 28 U.S.C. § 1581, relating to the exclusions and entries at issue. That settlement has been reached pursuant to the Department of Justice's inherent and statutory authority to compromise and settle litigation and has been approved by the Attorney General's authorized representative.

7. The United States, acting through U.S. Customs & Border Protection, shall reliquidate without assessment of section 232 duties,

the entries identified on Attachment A, attached to this stipulated judgment. The entries identified on Attachment A were liquidated between May 21, 2021 and December 31, 2021.

8. Refunds payable by reason of this judgment are to be paid with interest provided for by law, 19 C.F.R. 24.36.

9. voestalpine waives any right to appeal, challenge, or to make any claim against the defendant with respect to or arising from the exclusion requests identified in its complaint, or the entries identified in Attachment A, other than a claim by motion or otherwise that reliquidation has not occurred in the time or manner provided for in this Stipulated Judgment, the Order Of Judgment By Stipulation, and/or the Settlement Agreement.

WHEREFORE, plaintiffs and defendant, the United States, respectfully request that the Court enter the accompanying proposed judgment in accordance with the parties' negotiated agreement and the preceding stipulation.

Respectfully Submitted,

**/s/ Matthew M. Nolan**
Matthew M. Nolan

|  |  |
|---|---|
|  | Nancy A. Noonan<br>Leah N. Scarpelli<br><br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20006-5344<br>202-857-6013<br><br>*Attorneys for Plaintiffs voestalpine High Performance Metals Corp. and Edro Specialty Steels, Inc., d/b/a voestalpine High Performance Metals LLC and Edro Specialty Steels, LLC*<br><br>– and –<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>**/s/ Aimee Lee**<br>AIMEE LEE<br>TARA K. HOGAN<br>Assistant Directors<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 616-2228<br>Email: Aimee.Lee@usdoj.gov<br>         Tara.Hogan@usdoj.gov |
| July 19, 2022 | Attorneys for Defendant United States |

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| VOESTALPINE HIGH PERFORMANCE METALS CORP. *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 21-00093 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

<u>JUDGMENT</u>

Pursuant to U.S. Court of International Trade Rule 54, and upon consideration of the stipulation by plaintiffs and defendant, and no party having filed an objection, now, in accordance with said stipulation,

ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above; and it is further

ORDERED that this action is dismissed with prejudice and each party shall bear their own attorney fees, costs, and expenses.

Date: July  19 , 2022
New York, NY

/s/ *M. Miller Baker*
JUDGE

# PUBLIC

# ATTACHMENT A

CONFIDENTIAL INFORMATION REDACTED



1

CONFIDENTIAL INFORMATION REDACTED



2

CONFIDENTIAL INFORMATION REDACTED



CONFIDENTIAL INFORMATION REDACTED



4

CONFIDENTIAL INFORMATION REDACTED



5

CONFIDENTIAL INFORMATION REDACTED



CONFIDENTIAL INFORMATION REDACTED



7

CONFIDENTIAL INFORMATION REDACTED



8

CONFIDENTIAL INFORMATION REDACTED



9

CONFIDENTIAL INFORMATION REDACTED



10

CONFIDENTIAL INFORMATION REDACTED



11

CONFIDENTIAL INFORMATION REDACTED



12

CONFIDENTIAL INFORMATION REDACTED



13